# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## KA 04-1169 consolidated with KA 04-666

**STATE OF LOUISIANA**

**VERSUS**

**CAREY LOUIS HOOD**

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 267664
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE

**********

## BILLY HOWARD EZELL
## JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and James T. Genovese, Judges.

**AFFIRMED IN PART; VACATED IN PART AND REMANDED FOR RESENTENCING.**

**James C. Downs**
**District Attorney - 9th Judicial District Court**
**701 Murray Street**
**Alexandria, LA 71301**
**(318) 473-6650**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**

**Kenota Pulliam Johnson**
**La Appellate Project**
**P. O. Box 5781**
**Shreveport, LA 71135-5781**
**(318) 991-9757**
**Counsel for: Defendant/Appellant**
**Carey Louis Hood**

**Carey Louis Hood**
**Forcht Wade CC**
**7990 Caddo Dr**
**Keithville, LA 71047**

**EZELL, JUDGE**.

For the reasons expressed in the consolidated case of *State of Louisiana v. Carey Louis Hood*, 04-0666, (La.App. 3 Cir. __/__/__), ___So.2d.____, the judgment is affirmed in part; vacated in part and remanded for resentencing.

**AFFIRMED IN PART; VACATED IN PART AND REMANDED FOR RESENTENCING.**